831 A.2d 1

COMPTROLLER OF the TREASURY

v.

MCI INTERNATIONAL TELECOMMUNICATIONS
CORPORATION.

No. 75, Sept. Term, 2000.

Court of Appeals of Maryland.

Aug. 26, 2003.

John K. Barry, Asst. Atty. Gen. (J. Joseph Curran, Jr.,
Atty. Gen. of MD and Gerald Langbaum, Asst. Atty. Gen., on
brief), Annapolis, for Appellant/Cross-Appellee.

Herman B. Rosenthal and Richard J. Magid (Whiteford,
Taylor & Preston, L.L.P., Baltimore); Douglas A. Richards
and Steven Dzibinski, Washington, DC, all on brief, for Appel-
lee/Cross-Appellant.

Argued before BELL, C.J., and ELDRIDGE, RAKER,
WILNER, CATHELL, HARRELL, and LAWRENCE F.
RODOWSKY (Retired, specially assigned), JJ.

## ORDER

The Court on its own motion issued a writ of certiorari on
September 11, 2000 to review the decision of the Circuit Court
for Baltimore City.

With the case still pending a petition for bankruptcy, which
operates as a stay of the commencement or continuation of a
judicial proceeding against a party under 11 U.S.C. Sec.
362(a), was filed with respect to one of the parties.

Now, THEREFORE, it is this 26th day of August, 2003

ORDERED, by the Court of Appeals of Maryland, that the Clerk of the Court shall transfer the case from the regular docket to the inactive status docket under case No. 1 on the inactive status docket, and it is further

ORDERED that, once the reason for suspending proceedings ceases to exist, the parties shall promptly request in writing that the case be reinstated on the regular docket for the purpose of resuming the appellate process or of permitting other action called for by the circumstances.